EDWARD J. QUINTAL and Others v. JESSE ADLER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHICAGO TITLE AND TRUST COMPANY v. WILLIAM FOX and Others, Impleaded with ALBERT H. WIGGINS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHICAGO TITLE AND TRUST COMPANY v. WILLIAM FOX, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHICAGO TITLE AND TRUST COMPANY v. WILLIAM FOX, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

165 BROADWAY REALTY CORPORATION v. WEBER & HEILBRONER, INC., and FASHION PARK ASSOCIATES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANCES LONDON v. CHARLES E. TONEY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of Proving the Last Will and Testament of GEORGE L. DUVAL, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FIRST NATIONAL TRUST AND SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, c. t. a., etc., of FRANK CROZIER, Deceased, v. UNITED STATES STEEL CORPORATION and Others, Impleaded, etc., Impleaded with MACLAY HOYNE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ETHEL WIEN v. NATHAN I. WIEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DANIEL RICHTER v. AARON HELD and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LESLIE M. STRATTON and Others v. WILLIAM M. BERTLES, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, v. GEORGE COLON & CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ARCHIBALD McNEIL, JR., v. MONROE M. GOLDSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.